Antwon GUEST, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 99631.

Missouri Court of Appeals,
Eastern District,
Division Five.

March 4, 2014.

Jessica Hathaway, Assistant Public Defender, St. Louis, MO, for appellant.

Chris Koster, Attorney General, Evan J. Buchheim, Asst. Atty. Gen., Gabriel E. Harris, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before ROBERT M. CLAYTON III, C.J., GARY M. GAERTNER, JR., J., and KARL A.W. DeMARCE, Sp.J.

## ORDER

PER CURIAM.

Antwon Guest appeals the judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We find that the motion court did not clearly err in denying Guest's motion for post-conviction relief. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).